# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 13-CIV-9072

-----------------------------------------------------------------X

**STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC.,**

Petitioner,

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

- against -

**PEEK, INC.,**

Respondent,

**PROCLIVITY MEDIA, INC.,**

Garnishee-Respondent.

-----------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Friday, January 17, 2014, at 5:28 P.M. deponent **served** the within **Summons in a Civil Action, Notice of Petition, Verified Petition for Turnover Order and Other Relief, Exhibits A through H, Disclosure Statement** and **Civil Cover Sheet**

Upon:       **Amol Sarva**         (530) 727 - 8277
Located at: 13-14 Jackson Avenue, Penthouse Apt #7, Long Island City, New York 11101-5403

**Substitute Service on a Suitable Age Person**: by delivering a true copy of the aforesaid documents to

**"Vali"** - Authorized/Employee of Amol Sarva

a person of suitable age and discretion and he stated that he was authorized to accept service of process for **Amol Sarva**. Said premises is respondent's actual place of dwelling within the state. Deponent knew said person so served to be the person described therein.

Deponent completed service by depositing a copy of same in a first class mailing in a postpaid envelope properly addressed at: Amol Sarva, 13-14 Jackson Avenue, Penthouse Apt #7, Long Island City, New York 11101-5403 in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against Amol Sarva. A first class mailing was effected from the Merrick Post Office, in Merrick, NY on 1/18/14 (see attached receipt and certificate of mailing).

"Vali's" Description: Persian, Raised in Russia, Brown Skin, Male, Black Hair, 27 Years Old, 6'4" and 200 Lbs

Corey Guskin
License # 1094475

Sworn to before me this 18th day of January, 2014

Notary Public

**JOAN GUSKIN**
Notary Public, State of New York
No. 01GU6230103
Qualified in Nassau County
Commission Expires November 01, 2014