## AFFIDAVIT OF ATTEMPTED SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
STREAM INTERNATIONAL GLOBAL
SERVICES PHILIPINES, INC.,

                Petitioner,

                -v-                              Civil Action No.: 13-CV-9072

PEEK, INC.,

                Respondent,

and

PROCLIVITY MEDIA, INC.,

                Garnishee-Respondent.

------------------------------------------------------------------------x
STATE OF NEW YORK /COUNTY OF NEW YORK  SS:

**Jack Johnson**, being duly sworn, deposes and states that he is not a party to the above action, is over 18 years of age, is a citizen of the United States of America, and resides in Kings County, State of New York.

On **December 24, 2013**, at approximately **11:55 am**, deponent attempted to serve a SUMMONS IN A CIVIL ACTION, NOTICE OF PETITION, VERIFIED PETITION FOR TURNOVER ORDER AND OTHER RELIEF, DISCLOSURE STATEMENT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS and a CIVIL COVER SHEET in the above action upon **Peek, Inc.** @ 33 West 17th Street – New York, N.Y. 10011, but the office at the aforementioned address was closed.

On **December 26, 2013**, at approximately **12:01 pm**, deponent attempted to serve a SUMMONS IN A CIVIL ACTION, NOTICE OF PETITION, VERIFIED PETITION FOR TURNOVER ORDER AND OTHER RELIEF, DISCLOSURE STATEMENT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS and a CIVIL COVER SHEET in the above action upon **Peek, Inc.** @ 33 West 17th Street – New York, N.Y. 10011, but the office at the aforementioned address was closed.

On **December 27, 2013**, at approximately **10:25 am**, deponent attempted to serve a SUMMONS IN A CIVIL ACTION, NOTICE OF PETITION, VERIFIED PETITION FOR TURNOVER ORDER AND OTHER RELIEF, DISCLOSURE STATEMENT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS and a CIVIL COVER SHEET in the above action upon **Peek, Inc.** @ 33 West 17th Street – New York, N.Y. 10011, but the office at the aforementioned address was closed.

On **January 6, 2013**, at approximately **11:00 am**, deponent attempted to serve a SUMMONS IN A CIVIL ACTION, NOTICE OF PETITION, VERIFIED PETITION FOR TURNOVER ORDER AND OTHER RELIEF, DISCLOSURE STATEMENT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS and a CIVIL COVER SHEET in the above action upon **Peek, Inc.** @ 33 West 17th Street – New York, N.Y. 10011. Deponent encountered Maria Karasteriou, the Executive Assistant of Proclivity Media, Inc. (a company located at the aforementioned address). Ms. Karasteriou told deponent that Peek, Inc. was no longer in business. Ms. Karasteriou specified to deponent that she had no

authorization to accept the aforementioned documents on behalf of a company that was no longer in business, nor one inwhich she did not have any affiliation to.

Sworn to before me on this

29 Day of January, 2014

_____
Notary Public

_____
Jack Johnson
Lic. #1181702