UNTED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

STREAM INTERNATIONAL GLOBAL SERVICES
PHILIPPINES, INC.

        Petitioner,

v.

PEEK, INC.

        Respondent,

and

PROCLIVITY MEDIA, INC.

        Garnishee-Respondent

------------------------------------------------------------------x

Case No. 13-CV-9072

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PROCLIVITY MEDIA, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE.

Dated: Harrison, New York
       February 14, 2014

BRONSON LAW OFFICES, P.C.

By: _____
H. Bruce Bronson
Attorneys for Answering Respondent
*Proclivity Media, Inc.*
480 Mamaroneck Avenue
Harrison, NY 10528
ph.: 877-385-7793