UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STREAM INTERNATIONAL GLOBAL
SERVICES PHILIPPINES, INC.,

    Petitioner,

v.

PEEK, INC.,

    Respondent,

and

PROCLIVITY MEDIA, INC.

    Garnishee-Respondent.

Case No. 13-9072 (TPG)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/15
```

---

PURSUANT TO RULE 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Leonard G. Learner, Esq., hereby move this Court for an order for admission to practice *pro hac vice* and to appear as counsel for Stream International Global Services Philippines, Inc. in the above-captioned case.

I am a member in good standing of the bar of the Commonwealth of Massachusetts, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: New York, New York
       March 19, 2015

Respectfully submitted,

By: /s/ Leonard G. Learner

Leonard G. Learner, Esq.
Law Office of Leonard G. Learner

nydocs1-1046214.1

Approved: /s/ Thomas P. Griesa /MP
USDJ    3/23/15

40 Beverly Road
Wellesley, MA 02481
Phone: (781) 237-2060
Fax: (781) 237-5696
E-mail: LGLearner@verizon.net