UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC., <br><br>  Petitioner, <br><br> v. <br><br> PEEK, INC., <br><br>  Respondent, <br><br> and <br><br> PROCLIVITY MEDIA, INC. <br><br>  Garnishee-Respondent. | Case No. 13 CIV 9072 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), Petitioner Stream Global Services Philippines, Inc., by its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice as against Respondent Peek, Inc.. Respondent has not filed any response to the subject petition.

Dated: June 29, 2015

LAW OFFICES OF LEONARD G. LEARNER

By: /s/ Leonard G. Learner
Leonard G. Learner, Esq.
40 Beverly Road
Wellesley, MA 02481
(781) 237-2060
Attorneys for Petitioner Stream International Global Services Philippines, Inc.

John M. O'Connor
Vivian C. Michael
Anderson Kill P.C.

nydocs1-1051381.1

1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000
Attorneys for Petitioner Stream International Global

Services Philippines, Inc.