**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STREAM INTERNATIONAL GLOBAL
SERVICES PHILIPPINES, INC.,

               Petitioner,

v.

PEEK, INC.,

               Respondent,

and

PROCLIVITY MEDIA, INC.

               Garnishee-Respondent.

Case No. 13 CIV 9072

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

        IT IS HEREBY STIPULATED AND AGREED by and between Petitioner Stream International Global Services Philippines, Inc. and Garnishee-Respondent Proclivity Media, Inc., by their undersigned counsel, that pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the above-captioned action is voluntarily dismissed without prejudice against Garnishee-Respondent.

**Dated: June 24, 2015**

**LAW OFFICES OF LEONARD G. LEARNER**

By:  _/s/ Leonard G. Learner_____
Leonard G. Learner, Esq.
40 Beverly Road
Wellesley, MA 02481
(781) 237-2060
Attorneys for Petitioner Stream International Global
Services Philippines, Inc.

John M. O'Connor
Vivian C. Michael

**B**RONSON LAW OFFICES, P.C.**

By:  _/s/ Carl J. Nelson_____
Carl J. Nelson, Esq.
480 Mamaroneck Avenue
Harrison, NY 10528
(877) 385-7793
Counsel for Garnishee-Respondent Proclivity Media
Inc.

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000
Attorneys for Petitioner Stream International Global
Services Philippines, Inc.