UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STREAM INTERNATIONAL GLOBAL SERVICES PHILIPPINES, INC., <br><br> Petitioner, <br><br> v. <br><br> PEEK, INC., <br><br> Respondent, <br><br> and <br><br> PROCLIVITY MEDIA, INC. <br><br> Garnishee-Respondent. | Case No. 13 CIV 9072 |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between Petitioner Stream International Global Services Philippines, Inc. and Garnishee-Respondent Proclivity Media, Inc., by their undersigned counsel, that pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the above-captioned action is voluntarily dismissed without prejudice against Garnishee-Respondent.

**Dated: June 24, 2015**

**LAW OFFICES OF LEONARD G. LEARNER**

By:  /s/ Leonard G. Learner
Leonard G. Learner, Esq.
40 Beverly Road
Wellesley, MA 02481
(781) 237-2060
Attorneys for Petitioner Stream International Global Services Philippines, Inc.

John M. O'Connor
Vivian C. Michael

**BRONSON LAW OFFICES, P.C.**

By:  /s/ Carl J. Nelson
Carl J. Nelson, Esq.
480 Mamaroneck Avenue
Harrison, NY 10528
(877) 385-7793
Counsel for Garnishee-Respondent Proclivity Media Inc.

nydocs1-1051377.2

Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
(212) 278-1000
Attorneys for Petitioner Stream International Global
Services Philippines, Inc.

nydocs1-1051377.2